FILED

01/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0483

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23-0483

HAZEL NOONAN,

*Appellant,*

v.

JOHN MICHAEL CONNORS,

*Appellee.*

On appeal from the Montana First Judicial District Court,
Lewis and Clark County Cause No. ADV 2023-271,
the Honorable Mike Menahan, Presiding

## ORDER GRANTING EXTENSION OF TIME

Upon consideration of Intervenor State of Montana's Unopposed Motion for Extension of Time, and good cause appearing therefor, the State of Montana is granted an extension to and including Wednesday, February 12, 2024 to prepare, serve, and file its Response Brief in this matter.

**ELECTRONICALLY DATED AND SIGNED BELOW.**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 4 2024